

Entered on Docket
May 19, 2010


_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

1
2
3
4
5
6
7
8

9  Kristin A. Schuler-Hintz, Esq., SBN 7171
10 Seth J. Adams, Esq., SBN 11034
   Christopher K. Lezak, Esq., SBN 11185
11 Sherry A. Moore, Esq., SBN 11215
   McCarthy & Holthus, LLP
12 9510 West Sahara Avenue, Suite 110
   Las Vegas, NV 89117
13 Phone (702) 685-0329 ext 3748
14 Fax (866) 339-5691
   NVBK@McCarthyHolthus.com
15
16 Attorney for Secured Creditor,
   US Bank National Association, as successor in interest to Wachovia Bank, NA as Trustee for
17 GSAA Home Equity Trust 2005-14, its assignees and/or successors and the servicing agent
   WELLS FARGO BANK
18
19                    UNITED STATES BANKRUPTCY COURT
20                           DISTRICT OF NEVADA
21
22 In re:                              ) Case No.: 10-15518-mkn
                                       )
23 Dorret Orinthia Williams,           ) Chapter  7
                                       )
24        Debtor.                      ) DATE:  05/12/10
                                       ) TIME:   01:30 pm
25                                     )
26                                     ) **ORDER TERMINATING**
                                       ) **AUTOMATIC STAY**
27 _____     )
28
29

*Rev. 12.09*                                    M&H File No. NV-10-25860
                                                          10-15518-mkn

1  The Motion for Relief From Automatic Stay came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court. Upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 9473 Huff Creek Court, Las Vegas, NV 89178.

IT IS FURTHER ORDERED that Movant may proceed with post-foreclosure remedies, including any unlawful detainer action, in compliance with applicable law.

IT IS SO ORDERED.

Submitted by:
McCarthy & Holthus, LLP

/s/Christopher K. Lezak
Christopher K. Lezak, Esq.
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
702-685-0329


Approved/Disapproved

*Order Filed 04/07/10-no response received*
Husna Alikhan, Esq.
4445 S. Eastern, Suite B
Las Vegas, NV 89119
(702) 374-6619

Approved/Disapproved

*Order Filed 04/07/10-no response received*
Brian D. Shapiro
411 East Bonneville Avenue # 300
Las Vegas, NV 89101

<u>ALTERNATIVE METHOD re;  RULE 9021:</u>

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

X  This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ This is a Chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

Counsel appearing: Husna Alikhan- Order Filed 04/07/10-no response received

Unrepresented parties appearing: None

Trustee: Brian D. Shapiro- Order Filed 04/07/10-no response received

Submitted by:
McCarthy & Holthus, LLP

/s/ Christopher  Lezak.
Christopher  Lezak, Esq.

###

*Rev. 12.09*     M&H File No. NV-10-25860
10-15518-mkn